

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

ndebaun@seyfarth.com

T (212) 218-3334

www.seyfarth.com

July 2, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court – Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      **Re:**   *Napoli v. Meta Platforms, Inc.*
             **Case No. 1:25-cv-02872-JLR**

Dear Judge Rochon:

      We represent Defendant Meta Platforms, Inc. ("Defendant") in the above-referenced action. Defendant writes to (i) withdraw its pending Motion to Compel Arbitration and Stay the Proceedings, (ii) request an extension of time to file its Answer in response to Plaintiff's First Amended Complaint, and (iii) request an adjournment of the Rule 16 conference, which is currently scheduled for July 22, 2025.

      First, on June 6, 2025, Defendant filed a Motion to Compel Arbitration and Stay the Proceedings. (*See* ECF Nos. 12 – 15). Thereafter, on July 1, 2025, Plaintiff filed his First Amended Complaint. (*See* ECF No. 20). In light of Plaintiff's amended pleading, Defendant writes to inform the Court that it has decided to withdraw its pending Motion to Compel Arbitration.

      Second, Defendant writes to request an extension of time to file its Answer in response to Plaintiff's First Amended Complaint. (*See* ECF No. 20). Currently, Defendant's Answer is due on July 11, 2025. Defendant seeks an extension of time up to and including July 25, 2025, to file its Answer. This is Defendant's first request for an extension of time, and Plaintiff consents to this request. This extension will affect the parties' Rule 16 conference (*see* ECF No. 8), which is addressed separately below.

      Third, Defendant writes with Plaintiff's consent to request an adjournment of the Rule 16 conference, which is currently scheduled for July 22, 2025, at 2:30 p.m. (*See* ECF No. 8). The parties respectfully request that the Rule 16 conference be scheduled after Defendant files its First Amended Answer. This will allow the parties time to meet and confer in advance of the conference to prepare a Civil Case Management Plan. This is the parties' first adjournment request.



Hon. Jennifer L. Rochon, U.S.D.J.<br>
Case No. 1:25-cv-02872-JLR<br>
July 2, 2025<br>
Page 2

Defendant thanks the Court for its consideration of the above and for its attention to this case.

Respectfully submitted,

**SEYFARTH SHAW LLP**

*/s/ Nicholas De Baun*
Nicholas De Baun, Esq.

NHD/dso
cc:   Counsel of Record (via ECF)

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12 in light of Defendant's representation that it is withdrawing that motion.  The Court GRANTS Defendant's request to extend its deadline to answer or otherwise respond to the Amended Complaint to **July 25, 2025.**  The initial pretrial conference is adjourned to **August 26, 2025 at 2:30 p.m.**

Date:   July 2, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**