

Seyfarth Shaw LLP<br>
620 Eighth Avenue<br>
New York, New York 10018<br>
T (212) 218-5500<br>
F (212) 218-5526<br><br>
casmith@seyfarth.com<br>
T (212) 218-5605<br><br>
www.seyfarth.com

August 20, 2025

**VIA CM/ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Napoli v. Meta Platforms, Inc.*
              **Case No. 1:25-cv-02872-JLR**

Dear Judge Rochon:

      We represent Defendant Meta Platforms, Inc. ("Defendant" or "Meta") in the above-referenced case. In accordance with the Rule 1F. of Your Honor's Individual Rules of Practice in Civil Cases, Defendant writes, with Plaintiff's consent, to request an adjournment of the Rule 16 conference.

      At present, the Rule 16 conference is scheduled for Tuesday, August 26, 2025, at 2:30 p.m., in person. Defendant seeks this adjournment as its counsel has pre-existing scheduling conflicts including a mediation and international travel. After conferring with Plaintiff's counsel, the parties are available to appear before Your Honor for a rescheduled Rule 16 conference on September 3, 5, and 8, 2025. The parties also request to conduct the rescheduled Rule 16 conference virtually.

      Defendant has previously requested one extension of time to file its Answer in response to Plaintiff's First Amended Complaint. (*See* ECF #22). Defendant also previously requested, with Plaintiff's consent, an adjournment of the Rule 16 conference, which was originally scheduled for July 22, 2025. (*See* ECF #22). Defendant requested this adjournment until after it had filed its First Amended Answer. (*See* ECF #22). Your Honor granted both of these requests.

      The parties do not anticipate an adjournment of the Rule 16 conference will affect any other scheduled dates, including those set forth in the Civil Case Management Plan and Scheduling Order filed on August 18, 2025. (*See* ECF #25).

<span style="color: blue;">The requests to adjourn the initial pretrial conference and to hold it remotely are granted GRANTED, and the initial pretrial conference is adjourned to **September 5, 2025 at 10:00 a.m.** The Court will hold the conference remotely via Microsoft Teams. Counsel will receive login information at the email addresses listed on the docket. The public listen-only line may be accessed by dialing 646-453-4442 | phone conference ID: 230 002 496#

Date:  August 21, 2025
         New York, New York</span>

                                    **SO ORDERED.**

                                    *Jennifer Rochon*
                                    **JENNIFER L. ROCHON**
                                    **United States District Judge**



Hon. Jennifer L. Rochon, U.S.D.J.
Case No. 1:25-cv-02872-JLR
August 20, 2025
Page 2

Defendant thanks the Court for its consideration of the above and for its attention to this case.

Respectfully submitted,

**SEYFARTH SHAW LLP**

*/s/ Cameron A. Smith*
Cameron A. Smith, Esq.

cc:   Counsel of Record (via CM/ECF)