**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

JAMES NAPOLI,

                Plaintiff,

    v.

META PLATFORMS, INC.,

                Defendant.

**MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINE TSCHIDERER DINAN**

Case No. 1:25-cv-02872-JLR

Pursuant to Rule 1.3 of the Local Rules of the Southern and Eastern Districts of New York, I, David Berman, hereby move this Court for an Order for admission of Christine Tschiderer Dinan to practice *pro hac vice* to appear as counsel for James Napoli ("Plaintiff") in the above-captioned action. Ms. Dinan is a member in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against her in any state or federal court. In support of this Motion, Plaintiff directs the attention of this Court to the annexed Certificate of Good Standing and the Declaration of Christine Tschiderer Dinan.

Dated: June 24, 2026              Respectfully submitted,

*/s/ David Berman*
David Berman
PETER ROMER-FRIEDMAN LAW PLLC
16 Court Street
Fl. 33
Brooklyn, NY 11241
Tel.: 347-229-1514
Email: berman@prf-law.com

Peter Romer-Friedman
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

Tel.: 202-355-6364
Email: peter@prf-law.com

*Attorneys for the Plaintiffs and Proposed Classes*